PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEORGE ALBANES, an individual, | Case No. 2:19-cv-01443-JFW(AGRx) |
| Plaintiff, | Hon. John F. Walter |
| v. | **ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| ITT AEROSPACE CONTROLS, LLC; and DOES 1 TO 20, inclusive, | |
| Defendants. | |

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)

Pursuant to the Joint Stipulation For Dismissal With Prejudice Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii) submitted by Plaintiff George Albanes and Defendant ITT Aerospace Controls, LLC, and for good cause shown, it is hereby **ORDERED** that the entire action, including Plaintiff's complaint and all causes of action alleged therein, is hereby dismissed with prejudice pursuant to Federal Rule Of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

DATED: September 9, 2019

_____
The Honorable John F. Walter
Judge of the United States District Court for the Central District of California

Submitted by:

Amy R. Patton, Bar No. 203877
arp@paynefears.com
Tyler B. Runge, Bar No. 310697
tbr@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for ITT AEROSPACE CONTROLS, LLC

Howard Rutten, Bar No. 164820
Howard@RuttenLawFirm.com
**The Rutten Law Firm, APC**
4221 Coldwater Canyon Ave.
Studio City, California 91604
Telephone: (818) 308-6915

Attorneys for GEORGE ALBANES

4848-5607-0306.1